UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2021

RICARDO VELASQUEZ,

                  Plaintiff,

        -against-

YM ZOYA INC. et al.,

                Defendants.

--------------------------------------------------------- X

21-CV-2724 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on March 30, 2021, (Doc. 1), and filed affidavits of service on May 6, 2021, (Docs. 7–8). The deadline for Defendants to respond to Plaintiff's complaint was May 17, 2021. (*See id.*) To date, Defendants have not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 21, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 20, 2021
           New York, New York

                                    VERNON S. BRODERICK
                                    United States District Judge