UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO VELASQUEZ,

                Plaintiff,

                -against-

YM ZOYA, INC., et al.,

                Defendant.
------------------------------------------------------------X

21-cv-2724 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

       IT IS FURTHER ORDERED that the post-discovery conference scheduled for 3:00 p.m. on March 18, 2022 is CANCELLED.

SO ORDERED.

Dated:  March 18, 2022
          New York, New York

*Vernon Broderick*

Vernon S. Broderick
United States District Judge